Spencer C. Cary and Margaret Weir Cary, Appellants, v. Coney Island and Brooklyn Railroad Company and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

Herman Gotthelf and Charles Gotthelf, Respondents, v. Max J. Shapiro and Heyman Shapiro, Appellants.— Judgment affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

John P. Hurley, as Trustee in Bankruptcy, etc., Respondent, v. The Allman Gas Engine and Machine Company, Appellant.— Judgment of the Municipal Court in so far as appealed from reversed, with costs, upon the ground that the taxation was without authority of law. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

In the Matter of the Application of N. Dain's Sons' Company, Respondent, for an Order for the Examination of John Lowry, Jr., Appellant, as an Expected Party, etc.— The disposition of this appeal is controlled by the rule stated in *Matter of Schlotterer* (105 App. Div. 115), which holds that sections 870 *et seq.* of the Code of Civil Procedure do not authorize the examination of a proposed party to an action not yet begun, except for the sole purpose of perpetuating the testimony of such proposed party. The application under review is made upon the ground that the plaintiff cannot safely frame his complaint without such examination. Order

* See App. Div. Rules, 2d Dept., Special Rule.— [REP.